# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JEFFREY PENNINGTON

VERSUS

LOWE'S HOME CENTERS, LLC,
D/B/A LOWE'S HOME
IMPROVEMENT

NO.   2026 CW 0488

JUNE 15, 2026

---

In Re:   Lowe's Home Centers, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 732511.

---

BEFORE:   WOLFE, HESTER, AND BALFOUR, JJ.

**WRIT DENIED.**

EW
CHH
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT